UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KATHLEEN McDERMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:21-cv-308 |
| v. | ) |
| | ) |
| HOBBY LOBBY STORES, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing party Hobby Lobby Stores, Inc. ("Defendant"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendant, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

### VENUE

1. Removal to the Northern District of Indiana, Fort Wayne Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Northern District of Indiana, Fort Wayne Division, embraces Allen County, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On July 21, 2021, Hobby Lobby Stores, Inc. was served with the Summons and Complaint in this matter at the offices of their registered agent for service of process in Indiana, CT Corporation System. Therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

3. On June 23, 2021, Plaintiff, Kathleen McDermond (hereinafter "Plaintiff") filed her Summons, Complaint and Appearance in the above-entitled action against Defendant in the Allen County Superior Court in the State of Indiana, Cause No. 02D03-2106-CT-000338, and it is now pending therein.

4. On August 2, 2021, Plaintiff filed an affidavit of service of process on the Defendant.

5. No further proceedings have been had in the Allen County Superior Court.

6. Pursuant to N.D. Ind. L.R. 81-2(d), Defendant asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

7. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

8. Plaintiff, Kathleen McDermond, is a citizen of the State of Indiana.

9. Defendant, Hobby Lobby Stores, Inc. is an Oklahoma corporation with its principal place of business in Oklahoma City, Oklahoma.

10. There is complete diversity of citizenship between the parties named in this case.

11. Plaintiff's Complaint for Damages does not demand a specific sum of monetary damages, as the State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following.

   a. Plaintiff alleges she sustained "painful and serious bodily injuries" to her neck, back and hip as an alleged result of the incident forming the basis of her Complaint. (Compl. ¶ 15.)

   b. Plaintiff alleges she has endured pain and suffering, mental anguish, and other damages, and will likely do so in the future. (Compl. ¶ 16.)

   c. Plaintiff was required medical treatment for her alleged injuries, including physical therapy and injections, and said treatment is ongoing.

12. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

13. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Northern District of Indiana, Fort Wayne Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

14. Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached and includes the State Court Record as of the date of this Notice of Removal.

15. A copy of this Notice of Removal has been filed in the Allen County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing party Hobby Lobby Stores, Inc., by counsel, respectfully requests that the above-entitled action be removed from the Allen County Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

Respectfully submitted:

LEWIS WAGNER, LLP

By: */s/ Katherine S. Strawbridge*
Katherine S. Strawbridge (30123-49)
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

    Elizabeth R. Scherer
    GLASER & EBBS, LLC
    132 East Berry Street
    Fort Wayne, IN 46802
    escherer@glaserebbsfw.com
    ***Counsel for Plaintiff***

                                */s/ Katherine S. Strawbridge*
                                KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
TELEPHONE:  317-237-0500
FAX:  317-630-2790
kstrawbridge@lewiswagner.com