# REMOVAL TO FEDERAL COURT

# **STATE COURT RECORD**

STATE OF INDIANA

Allen Superior Court 3

02D03-2106-CT-000338

KATHLEEN McDERMOND

v.

HOBBY LOBBY STORES, INC.

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Kathleen Mcdermond v. Hobby Lobby Stores Inc

| | |
|---|---|
| Case Number | 02D03-2106-CT-000338 |
| Court | Allen Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 06/23/2021 |
| Status | 06/23/2021 , Pending  (active) |

## Parties to the Case

Defendant   Hobby Lobby Stores Inc

Address
5519 Coldwater Road
Fort Wayne, IN 46825

Plaintiff       Mcdermond, Kathleen

Address
1619 Galapagos Drive
Fort Wayne, IN 46814

Attorney
Elizabeth Scherer
#3153349, Retained

132 East Berry Street
Fort Wayne, IN 46802
260-424-0954(W)

## Chronological Case Summary

06/23/2021   **Cause Of Actions**
Complaint
Action Type
Claim

06/23/2021   **Case Opened as a New Filing**

06/23/2021       **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Mcdermond, Kathleen |
| File Stamp: | 06/23/2021 |

06/23/2021       **Jury Trial Demand Filed**
Jury Demand

| | |
|---|---|
| Filed By: | Mcdermond, Kathleen |
| File Stamp: | 06/23/2021 |

| 06/23/2021 | **Appearance Filed** | |
| | Scherer Appearance | |
| | For Party: | Mcdermond, Kathleen |
| | File Stamp: | 06/23/2021 |

| 06/23/2021 | **Subpoena/Summons Filed** | |
| | Summons | |
| | Filed By: | Mcdermond, Kathleen |
| | File Stamp: | 06/23/2021 |

| 08/02/2021 | **Service Returned Served (E-Filing)** | |
| | Notice of Proof of Service | |
| | Filed By: | Mcdermond, Kathleen |
| | File Stamp: | 07/30/2021 |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Mcdermond, Kathleen**

Plaintiff

**Balance Due** (as of 08/13/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 06/23/2021 | Transaction Assessment | 157.00 |
| 06/23/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|